1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCLATCHY COMPANY LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBERT KELLY, et al.,<br><br>            Defendants. | No.  2:22-mc-00364-DB<br><br>**New Case No.  2:22-mc-00364-DAD-JDP**<br><br><u>ORDER RELATING AND REASSIGNING CASE</u> |
| ROBERT KELLY, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>MCCLATCHY COMPANY LLC,<br><br>            Defendant. | No.  2:22-cv-02283-KJN<br><br>**New Case No.  2:22-cv-02283-DAD-JDP** |

A review of the dockets in the above-captioned cases reveals that they are related under this court's Local Rule 123(a) to the following action pending before the undersigned: *Eryn Learned, et al. v. McClatchy Company LLC*, 2:21-cv-01960-DAD-JDP.  Accordingly, assignment of the above-captioned action to the undersigned and to Magistrate Judge Jeremy D. Peterson will promote efficiency and economy for the court and the parties.

/////

1

1        An order relating cases under this court's Local Rule 123 merely assigns them to the same

2   district judge and magistrate judge—it does not consolidate the cases.  The local rules of this

3   district authorize the judge with the lowest numbered case to order the reassignment of any higher

4   numbered cases to himself or herself, upon determining that this assignment is likely to effect a

5   savings of judicial effort.  L.R. 123(c).  Such good cause appearing here, **the court orders that**

6   **the above-captioned actions be reassigned to the undersigned and Magistrate Judge Jeremy**

7   **D. Peterson and that they be related to the action listed above**.  The documents in the above-

8   captioned actions shall bear the new case numbers above.

9        IT IS SO ORDERED.

10  Dated:   **January 9, 2023**

11                               UNITED STATES DISTRICT JUDGE